486 A.2d 1329

**Charles DEL FRANCO, individually and as President of California Hot Tub, Inc., Appellant**

**v.**

**COMMONWEALTH of Pennsylvania.**

Supreme Court of Pennsylvania.

Argued Jan. 23, 1985.

Decided Feb. 8, 1985.

Ronald A. Kovler, Daniel J. Siegel, Philadelphia, for appellant.

Paul S. Roeder, Michael A. Roman, Deputy Attys. Gen., Harrisburg, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

Order affirmed.